UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LARRY AVERY SCOTT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DERRAL ADAMS (Warden),<br><br>　　　　　Respondent. | ) CV 06-1995-DDP (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: January 28, 2010

*[signature]*

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1